UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SHANE MICHAEL MORRIS,

        Petitioner,        2:13-cv-000552-TC

       v.                       ORDER

S. FRANKE,

        Respondents.

AIKEN, District Judge.

    Respondent moves to deny the Petition and dismiss this proceeding as moot because the petitioner died on January 27, 2014. Under these circumstances, dismissal is appropriate. *See, eg.* Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).; Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003).

    Respondent's Motion (#34) is allowed. The Clerk of the Court is directed to enter a judgment dismissing this action.

    DATED this 18 day of February, 2014.

                            Ann Aiken
                            United State District Judge

1 - ORDER